IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


UNITED STATES OF AMERICA,

               Plaintiff,

                vs.

BUTCH R. DIXON,

               Defendant.

:

:

:

:

:

Case No. 3:08cr037
    and  3:11cv219

JUDGE WALTER HERBERT RICE


DECISION AND ENTRY ADOPTING INITIAL (DOC. #74) AND
SUPPLEMENTAL (DOC. #77) REPORTS AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE JUDGE; PLAINTIFF'S OBJECTIONS TO
SAID JUDICIAL FILINGS (DOC. #76 AND #79) OVERRULED;
PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND SPECIFIC
FINDINGS OF FACT (DOC. #76) OVERRULED; JUDGMENT TO ENTER
IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, DISMISSING
THE DEFENDANT'S MOTION TO VACATE, ETC., PURSUANT TO 28
U.S.C. § 2255; CERTIFICATE OF APPEALABILITY AND ANTICIPATED
REQUEST FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* OVERRULED;
TERMINATION ENTRY


Pursuant to the reasoning and citations of authority set forth by the United

States Magistrate Judge, in his Initial (Doc. #74) and Supplemental (Doc. #77)

Reports and Recommendations, as well as upon a thorough *de novo* review of this

Court's file and the applicable law, said Reports and Recommendations are adopted

in their entirety.  Defendant's Objections to said judicial filings (Doc. #76-2 and 79)

are overruled. The Defendant's request for judicial notice and specific findings of fact (Doc. #76-1) is overruled.

Judgment will be ordered entered in favor of the Government and against Defendant herein, dismissing the Defendant's Motion to Vacate, etc., filed pursuant to 28 U.S.C. § 2255, with prejudice, given that his claims are without merit and, in the case of the faulty Indictment claims, procedurally defaulted.

Because Defendant has not made a substantial showing of the denial of a constitutional right and, further, because reasonable jurists would not disagree with this opinion, Defendant is denied a certificate of appealability. Finally, given that any appeal from this Court's decision would be <u>objectively</u> frivolous, this Court denies any anticipated motion for leave to appeal *in forma pauperis*.


The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.


September 21, 2011
        WALTER HERBERT RICE
        UNITED STATES DISTRICT JUDGE


Copies to:

Counsel of record

-2-